Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
Daniel K. Fujimoto – Bar No. 158575
Kayo Manson-Tompkins - Bar No. 136476
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128
Attorneys for Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>David Michael Rozowski and Margaret Susan Rozowski<br><br>Debtor(s). | Case No.: 13-41831<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID**<br><br>**(No Hearing Date Set)** |

TO THE HONORABLE CHARLES NOVACK, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1, requests special notice of all matters which must be noticed


Case: 13-41831 Doc# 37 Filed: 05/16/17 Entered: 05/16/17 09:05:46 Page 1 of 4

to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

All copies should be sent to the following address:

THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

Date: May 16, 2017

Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation

By: /s/ Daniel K. Fujimoto
Daniel K. Fujimoto
Attorney for Creditor
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1

# PROOF OF SERVICE

RE: David Michael Rozowski and Margaret Susan Rozowski
CASE NO.: 13-41831

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On May 16, 2017, I served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS
EXHIBIT "1" AND INCORPORATED
HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2017, at Irvine, California.

/S/ Keith Carter
Keith Carter


Case: 13-41831 Doc# 37 Filed: 05/16/17 Entered: 05/16/17 09:05:46 Page 3 of 4

EXHIBIT "1"

RE: David Michael Rozowski and Margaret Susan Rozowski
CASE NO.: 13-41831

**Debtor**:
David Michael Rozowski
53 Tradition Way
Brentwood, CA 94513

**Debtor**:
Margaret Susan Rozowski
53 Tradition Way
Brentwood, CA 94513

**Trustee**:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

**U.S. Trustee**:
Office of the United States Trustee
Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #050153
San Francisco, CA 94102

**Debtor's Counsel**:
Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin Street, Suite 911
Oakland, CA 94612


Case: 13-41831 Doc# 37 Filed: 05/18/17 Entered: 05/18/17 09:05:46 Page 4 of 4